Rich Curtner
*Federal Defender*
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: rich_curtner@fd.org

Attorney for Defendant Josiah White

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSIAH WHITE,<br><br>　　　　　　　　　Defendant. | Case No. 3:17-cr-00165-TMB<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

The Defendant, Josiah White, through counsel, Rich Curtner, Federal Defender, requests a sentence of five years' probation in this case.

Mr. White's background and characteristics, and his exceptional assistance and cooperation in the investigation by FBI cybercrime agents, justifies a probationary sentence for Mr. White.

The presentence report recommends a sentence of five years' probation, with conditions that include six months of home detention and 200 hours of community work service.

The government's sentence recommendation includes an 85 percent (85%) reduction of Mr. White's guideline range based on Mr. White's extraordinary

assistance and cooperation with FBI cybercrime investigators. (Fifteen percent (15%) of the bottom of Mr. White's guideline range would be 2.7 months). The government defers to the probation officer with regard to a probationary sentence rather than incarceration, with a curfew requirement for the first six months. The government also requests that community work service include continued work with the FBI on cybercrime.

Mr. White concurs with those recommendations and requests a sentence of five years' probation. A condition of six months home confinement with a curfew would be sufficient to comply with the purposes of sentencing. And Mr. White would actively continue to offer extraordinary assistance to the FBI and participate in any public service announcements requested of him. This sentence recommendation is completely supported by the factors set forth in 18 U.S.C. § 3553(a).

## I. JOSIAH WHITE'S HISTORY AND CHARACTERISTICS

Josiah White is an exceptional and brilliant young man. He has been described as a "genius" in the world of digital technology. He is described by the government as "socially immature" and living with his parents in "relative obscurity." The government also acknowledges that Josiah does not have any history of criminal or anti-social conduct outside of this case.

Josiah has always lived in his parents' home and worked in the family business with both parents and three siblings. He was home schooled and obtained a high school diploma in 2016 through the Pennsylvania Cyber School.

Josiah was just 18 years old when he received his high school diploma, and when the conspiracy he is charged with began.

In January 2017 the FBI executed a search warrant on Josiah's home and the family business. From the very beginning he has been completely cooperative with FBI investigators. He provided accurate information to the FBI before other co-defendants were aware of the FBI investigation. Josiah has continued to work with the FBI to the present time.

## II.     THE NATURE AND CIRCUMSTANCES OF THIS OFFENSE

Josiah White couldn't have completely comprehended the magnitude of this conspiracy. But from the very beginning of this investigation Josiah has used his exceptional intellect and skills to make amends for the havoc he caused. His efforts in cooperation with the FBI will be thoroughly explored at his sentencing hearing.

## III.     THE SENTENCING GUIDELINES

Josiah White agrees with the government's analysis that the offense level in Josiah's case should be 15. His guideline range is 18 to 24 months.

A substantial variance for Josiah's extraordinary assistance and cooperation is appropriate in this case. An 85 percent (85%) reduction from that range clearly lowers Josiah's guideline to Zone A of the sentencing table.

## IV.    CONCLUSION

Josiah White is an ideal candidate for a probation sentence. He has taken a mistake and lapse in judgement, and turned it into a huge benefit for the government, and a learning experience for himself. He respectfully requests a sentence of probation with whatever conditions this court deems appropriate.

DATED at Anchorage, Alaska this 11th day of September, 2018.

Respectfully submitted,

*/s/ Rich Curtner*
Rich Curtner
Federal Defender

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on September 11, 2018. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Rich Curtner*